CIVIL MINUTES -- GENERAL

Case No.   **CV 19-7472-JFW(JPRx)**                                  Date:  September 10, 2019

Title:   James Allen -*v*- Antonio Guterres, et al.

**PRESENT:**
      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
None        None

**PROCEEDINGS (IN CHAMBERS):**   ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT

     On August 28, 2019, Plaintiff James Allen of the Gregoline family ("Plaintiff") filed a Notice of Removal to United States District Court ("Notice of Removal"). Based on the allegations in the Notice of Removal, the attachments to the Notice of Removal, and the civil cover sheet, it appears that Plaintiff is attempting to remove an action he filed in Los Angeles County Superior Court (Case No. BS174030).  However, it is well established that only a defendant, and not a plaintiff, can remove an action to federal court.  *See Progressive West Insurance Company v. Preciado*, 479 F.3d 1014, 1017 (9th Cir. 2007) (affirming district court where "[t]he district court remanded this action on the ground that a plaintiff/cross-defendant . . . is not a 'defendant' for purposes of the federal removal statutes and therefore cannot remove an action to federal court."), *citing Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100 (1941) (interpreting the provision allowing an action to be removed "by defendant or defendants" in former removal statute 28 U.S.C. § 71 as precluding a plaintiff/cross-defendant from removing an action on the basis of a counterclaim); *see also* 28 U.S.C. § 1441(a).  Accordingly, this action is **REMANDED** to Los Angeles County Superior Court.

     IT IS SO ORDERED.